**DISMISS and Opinion Filed January 26, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01038-CV**

**RAVEN MATTHEWS, Appellant**
**V.**
**SHENG WANG, Appellee**

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 22C-110-2**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Kennedy
Opinion by Justice Nowell

Appellant's brief in this case is overdue. After appellant failed to timely file her brief, we directed appellant by postcard dated December 1, 2022 to file her brief within ten days and cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed her brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

221038F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

RAVEN MATTHEWS, Appellant

No. 05-22-01038-CV          V.

SHENG WANG, Appellee

On Appeal from the County Court at Law No. 2, Kaufman County, Texas Trial Court Cause No. 22C-110-2. Opinion delivered by Justice Nowell. Justices Partida-Kipness and Kennedy participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered January 26, 2023